IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**ROBERT G. RAYMOND,**

      **Plaintiff,**

v.                                                 Case No. 4:16cv637-MW/CAS

**NANCY A. BERRYHILL,**
**Acting Commissioner of the**
**Social Security Administration,**

      **Defendant.**

_____/

**ORDER ACCEPTING**
**REPORT AND RECOMMENDATION**

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 20, and has also reviewed *de novo* Plaintiff's objections to the report and recommendation, ECF No. 23. Accordingly,

**IT IS ORDERED:**

The report and recommendation is **accepted and adopted**, over Plaintiff's objections, as this Court's opinion. The Clerk shall enter judgment stating, "The decision of the Commissioner is **AFFIRMED** pursuant to sentence four of 42 U.S.C.

1

§ 405(g). Judgment is entered for the Commissioner." The Clerk shall close the file.

**SO ORDERED on August 14, 2017.**

                                                  **s/Mark E. Walker            
United States District Judge**